IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00794-BNB

BRYAN L. SIMS,

    Plaintiff,

v.

CATHY NEW, Case Manager, FCI Big Spring,
RON WILEY, Warden, FPC-Florence,
FIVE JOHN/JANE DOES, BOP or DOJ Employees, and
UNITED STATES/FEDERAL BUREAU OF PRISONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 2 2008

GREGORY C. LANGHAM
               CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 2, 2008, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00794-BNB

Bryan L. Sims
Reg. No. 79285-079
FPC - Florence
PO Box 5000
Florence, CO 81226-5000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/2/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk