IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 5 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00794-EWN-MEH

BRYAN L. SIMS,

    Plaintiff,

v.

CATHY NEW, Case Manager, FCI Big Spring,
RON WILEY, Warden, FPC-Florence,
FIVE JOHN/JANE DOES, BOP or DOJ Employees, and
UNITED STATES/FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: June 5, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00794-EWN-MEH

Bryan L. Sims
Reg. No. 79285-079
FPC - Florence
PO Box 5000
Florence, CO 81226

Ron Wiley – **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Cathy New

Harley G. Lappin, Director- **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Ron Wiley; to the United States Marshal Service for service of process on Cathy New; to The United States Attorney General; to Harley Lappin, Director Bureau of Prisons; and to the United

States Attorney's Office: AMENDED COMPLAINT FILED 5/13/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/5/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk