FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 4 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00794-EWN-MEH

BRYAN L. SIMS,
NANCEE SIMS,
NANCEE SIMS, as Legal Guardian of KEELYN SIMS (a handicapped individual),
NANCEE SIMS, as Custodial Parent for SHELBEE N.K. SIMS (a minor child),
KALEB K.D. SIMS,
SAMUEL G. BURRIS, and
VIRGINIA O. BURRIS,

    Plaintiffs,

v.

CATHY NEW, Case Manager, FCI Big Spring,
RON WILEY, Warden, FPC - Florence,
SHERRY JACOBSON, Unit Manager, FCI Big Spring,
PAULA TUBBS, Psychologist, FCI-Big Spring,
DAVID JUSTICE, former Warden, FCI-Big Spring,
QUINCY L. OLLISON, Chief Fraud Section, U.S. Attorneys' Office, S.D. Texas,
FIVE JOHN/JANE DOES, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. Since that time, Plaintiffs have filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a), in which they have listed the following additional defendants: Sherry Jacobson, Paula Tubbs, David Justice, and Quincy Ollison. In addition, it has come to the Court's attention that Defendants Cathy New and Ron Wiley may not have been served yet in this matter [*see* docket #26].

It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants listed above. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon these Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure or a court order after service of process on the Defendants.

Dated this 27th day of August, 2008, in Denver, Colorado.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00794-EWN-MEH

Bryan L. Sims
Reg. No. 79285-079
Federal Prison Camp
PO Box 5000
Florence, CO 81226

Nancee Sims
PO Box 1570
Alamosa, CO 81101

Kaleb K.D. Sims
729 3rd St
Alamosa, CO 81101

Samuel and Virginia Burris
12483 S. Hwy 285
Alamosa, CO 81101

Ron Wiley– **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Cathy New, Sherry Jacobson, Paula Tubbs, David Justice

Quincy L. Ollison -**CERTIFIED**
Chief Fraud Section
U.S. Attorneys' Office
910 Travis St. #1500
Houston, TX 77208

Harley Lappin, Director
Federal Bureau of Prisons- **CERTIFIED**
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms United States Marshal for service of process on Cathy New, Sherry Jacobson, Paula Tubbs, David Justice; to Chris Synsvoll for service of process on Ron Wiley; Federal Bureau of Prisons; to Quincy Ollison; to The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 8/04/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/4/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk