IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00794-EWN-MEH

BRYAN L. SIMS,
NANCEE SIMS,
NANCEE SIMS, as Legal Guardian of KEELYN SIMS (a handicapped individual),
NANCEE SIMS, as Custodial Parent for SHELBEE N.K. SIMS (a minor child),
KALEB K.D. SIMS,
SAMUEL G. BURRIS, and
VIRGINIA O. BURRIS,

    Plaintiffs,

v.

CATHY NEW, Case Manager, FCI Big Spring,
RON WILEY, Warden, FPC - Florence,
SHERRY JACOBSON, Unit Manager, FCI Big Spring,
PAULA TUBBS, Psychologist, FCI-Big Spring,
DAVID JUSTICE, former Warden, FCI-Big Spring,
QUINCY L. OLLISON, Chief Fraud Section, U.S. Attorneys' Office, S.D. Texas,
FIVE JOHN/JANE DOES, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 24, 2008.**

    Plaintiffs' Motion for Clarification [filed September 23, 2008; docket #47] is **granted** as follows. To the extent that Defendant David Justice is not represented by AUSA Marcy Cook in this matter, Ms. Cook is directed to provide to this Court the last known address of Mr. Justice for purposes of service of process. With respect to the October 20, 2008 hearing, Plaintiffs Bryan Sims, Nancee Sims, Kaleb Sims and Samuel Burris are ordered to appear by telephone (see September 18, 2008 Order). At the October 20 hearing, the Court will determine whether to set a discovery schedule or a briefing schedule on any motion to dismiss filed by Defendants. With respect to communications between the parties in this matter, Ms. Cook is directed to ensure, to the extent practicable, that such communications are conducted privately and out of the hearing or observation of the inmate population at the facility where Plaintiff Bryan Sims is currently housed.