IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00794-EWN-MEH

BRYAN L. SIMS,
NANCEE SIMS,
NANCEE SIMS, as Legal Guardian of KEELYN SIMS (a handicapped individual),
NANCEE SIMS, as Custodial Parent for SHELBEE N.K. SIMS (a minor child),
KALEB K.D. SIMS,
SAMUEL G. BURRIS, and
VIRGINIA O. BURRIS,

        Plaintiffs,

v.

CATHY NEW, Case Manager, FCI Big Spring,
RON WILEY, Warden, FPC - Florence,
SHERRY JACOBSON, Unit Manager, FCI Big Spring,
PAULA TUBBS, Psychologist, FCI-Big Spring,
DAVID JUSTICE, former Warden, FCI-Big Spring,
QUINCY L. OLLISON, Chief Fraud Section, U.S. Attorneys' Office, S.D. Texas,
FIVE JOHN/JANE DOES, and
FEDERAL BUREAU OF PRISONS,

        Defendants.

_____

# ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2008.**

        Pending before the Court is Defendants' Unopposed Motion to Stay Discovery [filed October 20, 2008; doc #57]. On October 17, 2008, Defendants filed a Motion to Dismiss in which they raised, among other defenses, the defense of qualified immunity. Courts should resolve the purely legal question raised by a qualified immunity defense at the earliest possible stage in litigation. *Albright v. Rodriguez,* 51 F.3d 1531, 1534 (10th Cir.1995); *see also Medina v. Cram,* 252 F.3d 1124, 1127-28 (10th Cir.2001). For this reason, and because the motion is unopposed, Defendants' motion to stay discovery pending a ruling on their pending dispositive motion is **granted**.

        The parties shall contact my Chambers within five (5) days after a final ruling on the pending Motion to Dismiss to set a Scheduling Conference, if necessary.