FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 7 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00794-EWN-MEH

BRYAN L. SIMS,
NANCEE SIMS,
NANCEE SIMS, as Legal Guardian of KEELYN SIMS (a handicapped individual),
NANCEE SIMS, as Custodial Parent for SHELBEE N.K. SIMS (a minor child),
KALEB K.D. SIMS,
SAMUEL G. BURRIS, and
VIRGINIA O. BURRIS,

       Plaintiffs,

v.

CATHY NEW, Case Manager, FCI Big Spring,
RON WILEY, Warden, FPC - Florence,
SHERRY JACOBSON, Unit Manager, FCI Big Spring,
PAULA TUBBS, Psychologist, FCI-Big Spring,
DAVID JUSTICE, former Warden, FCI-Big Spring,
QUINCY L. OLLISON, Chief Fraud Section, U.S. Attorneys' Office, S.D. Texas,
FIVE JOHN/JANE DOES, and
FEDERAL BUREAU OF PRISONS,

       Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE comes before the Court on the affidavit in support of the motion for leave

to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has

granted the Plaintiff leave to proceed *in forma pauperis*. Plaintiffs have listed as an additional

defendant, David Justice, for whom Defendants have provided a last known address [docket

#54].

It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from

the Defendant David Justice. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon this Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendant Justice or counsel for the Defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure or a court order after service of process on the Defendant.

Dated this 22nd day of October, 2008, in Denver, Colorado.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00794-EWN-MEH

Bryan L. Sims
Reg. No. 79285-079
Federal Prison Camp
PO Box 5000
Florence, CO 81226

Nancee Sims
PO Box 1570
Alamosa, CO 81101

Kaleb K.D. Sims
729 3rd St
Alamosa, CO 81101

Samuel and Virginia Burris
12483 S. Hwy 285
Alamosa, CO 81101

US Marshal Service
Service Clerk
Service forms for: David Justice

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms United States Marshal for service of process on David Justice; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 8/04/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _10/21/08_

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk