**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00794-CMA-MEH

BRYAN L. SIMS,
NANCEE SIMS,
NANCEE SIMS, as Legal Guardian of KEELYN SIMS (a handicapped individual),
NANCEE SIMS, as Custodial Parent for SHELBEE N.K.SIMS (a minor child),
KALEB K.D. SIMS,
SAMUEL G. BURRIS, and
VIRGINIA O. BURRIS,

      Plaintiffs,

v.

CATHY NEW, Case Manager, FCI Big Spring,
RON WILEY, Warden, FPC - Florence,
SHERRY JACOBSON, Unit Manager, FCI Big Spring,
PAULA TUBBS, Psychologist, FCI Big Spring,
DAVID JUSTICE, former Warden, FCI Big Spring,
QUINCY L. OLLISON, Chief Fraud Section, U.S. Attorneys' Office, S.D. Texas,
FIVE JOHN/JANE DOES, and
FEDERAL BUREAU OF PRISONS,

      Defendants.

---

**ORDER ADOPTING AND AFFIRMING SEPTEMBER 2, 2008
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

      This matter is before the Court on the recommendations by the Magistrate Judge that Plaintiff's motion for a temporary restraining order and preliminary injunction be denied.

      Plaintiff has objected to this recommendation.  In light of the objection, the Court has conducted the requisite *de novo* review of the issue, the recommendation and

Plaintiff's objection. Based on this review, the Court has concluded that the Magistrate

Judge's thorough and comprehensive analysis and recommendation are correct.

Accordingly,

IT IS ORDERED that the September 2, 2008 Recommendation of United States

Magistrate Judge (Doc. # 32) is ACCEPTED and, for the reasons cited therein,

Plaintiff's Motion Pursuant to Fed. R. Civ. P. 65(b) for Temporary Restraining Order to

be Followed By a Preliminary Injunction Pursuant to Rule 65(a) (Doc. # 23) is DENIED.

DATED: November _18_, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge