IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00794-CMA-MEH

BRYAN L. SIMS,
NANCEE SIMS,
NANCEE SIMS, as Legal Guardian of KEELYN SIMS (a handicapped individual),
NANCEE SIMS, as Custodial Parent for SHELBEE N.K. SIMS (a minor child),
KALEB K.D. SIMS,
SAMUEL G. BURRIS, and
VIRGINIA O. BURRIS,

    Plaintiffs,
v.

CATHY NEW, Case Manager, FCI Big Spring,
RON WILEY, Warden, FPC - Florence,
SHERRY JACOBSON, Unit Manager, FCI Big Spring,
PAULA TUBBS, Psychologist, FCI-Big Spring,
DAVID JUSTICE, former Warden, FCI-Big Spring,
QUINCY L. OLLISON, Chief Fraud Section, U.S. Attorneys' Office, S.D. Texas,
FIVE JOHN/JANE DOES, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2008.**

    This matter comes before the Court *sua sponte*. It has come to the Court's attention that there is come confusion over the service of two named Defendants, David Justice and Quincy Ollison. According to the record before the Court, Defendants provided the last known address of David Justice, a former employee of FCI-Big Spring [docket #54]. Service was attempted at this address, but failed because Mr. Justice no longer resides at the address [docket #74]. Therefore, service has not been effected on Mr. Justice.

    Defendants have expressed their belief that Mr. Ollison has not been served [docket #55]. However, it appears from the record before the Court that Mr. Ollison was served pursuant to this Court's order granting service on September 4, 2008 [docket #34]. A return of service was received by the Court on September 15, 2008 [docket #42]. Therefore, the Court directs Defendants to inform the Court and the Plaintiffs, **on or before January 12, 2009**, of the status of service and representation (if any) of Mr. Ollison.