IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00794-CMA-MEH

BRYAN L. SIMS,
NANCEE SIMS,
NANCEE SIMS, as Legal Guardian of KEELYN SIMS (a handicapped individual),
NANCEE SIMS, as Custodial Parent for SHELBEE N.K. SIMS (a minor child),
KALEB K.D. SIMS,
SAMUEL G. BURRIS, and
VIRGINIA O. BURRIS,

    Plaintiffs,
v.

CATHY NEW, Case Manager, FCI Big Spring,
RON WILEY, Warden, FPC - Florence,
SHERRY JACOBSON, Unit Manager, FCI Big Spring,
PAULA TUBBS, Psychologist, FCI-Big Spring,
DAVID JUSTICE, former Warden, FCI-Big Spring,
QUINCY L. OLLISON, Chief Fraud Section, U.S. Attorneys' Office, S.D. Texas,
FIVE JOHN/JANE DOES, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2009.**

    Plaintiffs' Motion to Compel Service on Defendant David Justice [filed May 28, 2009; docket #98] is **denied**. As the Plaintiffs know, Defendant Justice is a former employee of the Bureau of Prisons and is not represented by the United States; thus, on September 24, 2008, this Court ordered the United States to provide the last known address for Mr. Justice [docket #49], which was subsequently provided on October 17, 2008 [docket #54]. Pursuant to 28 U.S.C. § 1915(d), the Court granted service at the last known address; while service was attempted, it was not effected since Mr. Justice no longer resides at the address [docket #74]. Plaintiffs have provided no other address at which Mr. Justice may be served.